# United States Court of Appeals
## For the Eighth Circuit

_____

No. 24-2345
_____

John Harvey McDowell

*Plaintiff - Appellant*

v.

United Fire & Casualty Company

*Defendant - Appellee*
_____

Appeal from United States District Court
for the District of Nebraska
_____

Submitted: February 27, 2025
Filed: March 21, 2025
[Unpublished]
_____

Before SMITH, SHEPHERD, and GRASZ, Circuit Judges.
_____

PER CURIAM.

John McDowell appeals the district court's[1] dismissal of his civil rights action as barred by the statute of limitations. Upon carefully reviewing the record and the

_____

[1]The Honorable John M. Gerrard, United States District Judge for the District of Nebraska.

parties' arguments on appeal, we find no basis for reversal.  *See Humphrey v. Eureka Gardens Pub. Facility Bd.*, 891 F.3d 1079, 1081 (8th Cir. 2018) (standard of review). Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____